IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTTS BLUFF COUNTY, SCOTTSBLUFF CITY, GERING CITY, and STATE OF NEBRASKA,<br><br>　　　　　　　Defendants. | 8:23CV294<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on July 10, 2023. On July 14, 2023, the Court Ordered Plaintiff to either submit the $402.00 filing and administrative fees to the Clerk's office or submit a request to proceed in forma pauperis. Filing No. 4. On July 24, 2023, Plaintiff submitted a Motion for Leave to Proceed in Forma Pauperis, though her Motion did not contain a signature. *See* Filing No. 9. The next day, July 25, 2023, the Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Motion for Leave to Proceed in Forma Pauperis) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 10 (text notice of deficiency). Plaintiff has failed to follow the Clerk of Court's directions.

　　　　Accordingly, the Court shall order Plaintiff to file a signed motion for leave to proceed in forma pauperis that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules. **Failure to correct the defect within 14 days will result in striking Plaintiff's Motion from the record in this case without further notice,** *see* **NECivR 11.1, and dismissal of this matter without prejudice for failure to comply with the Court's orders.**

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect on or before **September 26, 2023**. Failure to comply with this Memorandum and Order will result in striking Plaintiff's Motion for Leave to Proceed in Forma Pauperis from the record and dismissal of this case without prejudice and without further notice.

2. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **September 26, 2023**: deadline to submit signed Motion for Leave to Proceed in Forma Pauperis.

3. No further review of this case shall take place until Plaintiff complies with this Memorandum and Order.

Dated this 11th day of September, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge