IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUSANNE BECKER,

                    Plaintiff,                                    **8:23CV294**

          vs.

SCOTTS BLUFF COUNTY,                          **MEMORANDUM AND ORDER**
SCOTTSBLUFF CITY,  GERING CITY, and
STATE OF NEBRASKA,

                    Defendants.

This matter is before the Court on Plaintiff's pro se Complaint, Filing No. 1.  Plaintiff, a non-prisoner proceeding pro se, has moved to proceed in forma pauperis (IFP).  Filing No. 9.  Plaintiff did not sign her Motion to Proceed IFP.  *See* Filing No. 9.  The Clerk of Court directed Plaintiff to correct this deficiency (i.e., file a signed Motion for Leave to Proceed in Forma Pauperis) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 10 (text notice of deficiency). On September 11, 2023, the Court ordered Plaintiff to correct the defect, warning Plaintiff that failing to do so would result in striking the Motion to Proceed IFP and dismissal of the case for failure to comply with the Court's orders.  *See* Filing No. 17.

Though Plaintiff has made additional filings in this case, including Plaintiff's Motion to Appoint Counsel, Filing No. 18, and a Motion captioned as a "Request for Transfer Admissions," Filing No. 19, Plaintiff has not corrected the deficiency in her Motion to Proceed IFP.  Accordingly, this action will be dismissed.

IT IS THEREFORE ORDERED:

1.      This matter is dismissed without prejudice.

2.      Judgment shall be entered by a separate document.

3.      Plaintiff's Motion to Appoint Counsel, Filing No. 16, is denied.

4.      Plaintiff's Motion captioned as a "Request for Transfer Admissions," Filing No. 17, is denied.

Dated this 12th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge